USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARYLOU MCINTOSH,

                Plaintiff,

-against-

FEDERAL NATIONAL MORTGAGE
ASSOCIATION; and SETERUS, INC.,

                Defendants.
-------------------------------------------------------------X

15 CIVIL 8073 (VB)

**JUDGMENT**

      Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Vincent L. Briccetti, United States District Judge, and the Court, on July 25, 2016, having rendered its Opinion and Order granting Defendants' motions to dismiss and Plaintiff's claim that she is entitled to a declaratory judgment that Defendants are barred by the doctrine of waiver from enforcing the Consolidated Mortgage must also be dismissed; and directing the Clerk to close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 25, 2016, Plaintiff's claim that she is entitled to a declaratory judgment that defendants are barred by the doctrine of waiver from enforcing the Consolidated Mortgage must be dismissed. Defendants' motions to dismiss are granted; accordingly, the case is closed.

**Dated:**  New York, New York
          July 25, 2016

                                                    **RUBY J. KRAJICK**

                                                         Clerk of Court

                       **BY:**

                                                        **Deputy Clerk**